AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hegarty, Michael E. | U.S. District Court, Colorado | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Various | Jefferson County Public Schools |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ally Bank | A | Interest | K | T | | | | | |
| 2. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 3. Apple Common Stock | A | Dividend | J | T | | | | | |
| 4. Baron Opportunity Fund | A | Dividend | J | T | | | | | |
| 5. Ishares MSCI Emerging Markets ETF | A | Dividend | | | Sold | 09/08/14 | J | A | |
| 6. Fairholme Fund | A | Dividend | J | T | | | | | |
| 7. Fidelity Select Biotechnology Fund | A | Dividend | J | T | | | | | |
| 8. Fidelity Contra Fund | A | Dividend | J | T | | | | | |
| 9. Fidelity Low Priced Stock Fund | A | Dividend | K | T | | | | | |
| 10. Fidelity Leveraged Company Stock Fund | A | Dividend | J | T | | | | | |
| 11. FMI Large Cap Fund | A | Dividend | K | T | | | | | |
| 12. FPA Crescent Institutional Fund | A | Dividend | J | T | | | | | |
| 13. Fidelity Small Cap Discovery Fund | A | Dividend | J | T | | | | | |
| 14. Fidelity Strategic Dividend & Income Fund | A | Dividend | J | T | | | | | |
| 15. Hennessy Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 16. Hodges Small Cap Fund | A | Dividend | K | T | | | | | |
| 17. Janus Balanced Fund Class T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Triton Fund Class T Shares | A | Dividend | J | T | | | | | |
| 19. Pimco Real Estate Real Return Fund | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 20. Pimco Fundamental Index Plus AR Fund | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 21. Fidelity Permanent Portfolio | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 22. TCW Total Return Bond Fund Class 1 | A | Dividend | J | T | | | | | |
| 23. Tocqueville Gold Fund | A | Dividend | K | T | | | | | |
| 24. Vanguard Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 25. Vanguard Total Stock Market Index ETF | A | Dividend | J | T | | | | | |
| 26. DC ## 4-11 Wells Fargo Accounts | A | Interest | J | T | | | | | |
| 27. DC # 4 Apple Stock | A | Dividend | J | T | | | | | |
| 28. DC##4-11 Mitchell Capital Management Allocation 70% Equity 30% Bond | A | Int./Div. | M | T | | | | | |
| 29. Cole Capital Credit Property Trust IV, Inc. REIT | C | Int./Div. | L | T | Buy | 02/13/14 | K | | |
| 30. Retirement Phillips Edison ARC Shopping Cntr REIT | B | Int./Div. | L | T | | | | | |
| 31. ▭ Retirement Phillips Edison ARC Shopping Cntr REIT | A | Int./Div. | K | T | | | | | |
| 32. RetirementFS Investment Corporation II | B | Int./Div. | L | T | | | | | |
| 33. Inherited IRA Micthell Capital Management Alloc. 75% Equity 25% Bond | A | Int./Div. | M | T | Distributed (part) | 04/29/14 | J | A | |
| 34. ▭ IRA Edward Jones AT&T Stock | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.       IRA Edward Jones Duke Energy Corp. Stock | A | Int./Div. | J | T | | | | | |
| 36.       IRA Edward Jones General Mills Inc. Stock | A | Int./Div. | J | T | | | | | |
| 37.       IRA Edward Jones Illinois Tool Works Inc. Stock | A | Int./Div. | J | T | | | | | |
| 38.       IRA Edward Jones Capital Income Builder Fund Class A | A | Int./Div. | K | T | | | | | |
| 39.       IRA Edward Jones Income Fund of America Fund Class A | A | Int./Div. | K | T | | | | | |
| 40.       IRA Edward Jones Berkshire Hathaway Inc. Del. Class B | A | Int./Div. | J | T | | | | | |
| 41.       IRA Edward Jones Johnson Controls Inc. Stock | A | Int./Div. | J | T | | | | | |
| 42.       IRA Edward Jones Royal Dutch Shell PLC Stock | A | Int./Div. | J | T | | | | | |
| 43.       IRA Edward Jones US Bancorp Stock | A | Int./Div. | J | T | | | | | |
| 44.       IRA Edward Jones Ishares Dow J US Tech. Sect. Indx Fd | A | Int./Div. | J | T | | | | | |
| 45.       IRA Edward Jones Ishares DJ US Healthcare Sector Fd | A | Int./Div. | J | T | | | | | |
| 46.       IRA Edward Jones Bond Fund of America Class A | A | Int./Div. | J | T | Distributed (part) | 04/29/14 | J | A | |
| 47.       IRA Edward Jones Capital World Bond Fund | A | Int./Div. | J | T | | | | | |
| 48.       IRA Edward Jones CBA Aggressive Growth Fund Class A | A | Int./Div. | J | T | | | | | |
| 49.       IRA Edward Jones Columbia Smallcap Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 50.       IRA Edward Jones Fundamental Investors Fund | A | Int./Div. | J | T | | | | | |
| 51.       IRA Edward Jones Growth Fund of America Class A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.      IRA Edward Jones Harbor Cap'l Apprec. Fund Investr Cl | A | Int./Div. | J | T | | | | | |
| 53.      IRA Edward Jones Harbor Int'l Fund Investor Class | A | Int./Div. | J | T | | | | | |
| 54.      IRA Edward Jones Invesco Comstock Fund Cl A | A | Int./Div. | J | T | | | | | |
| 55.      IRA Edward Jones MFS Int'l New Discovery Fund Cl I | A | Int./Div. | J | T | | | | | |
| 56.      IRA Edward Jones MFS Value Fund CL I | A | Int./Div. | J | T | | | | | |
| 57.      IRA Edward Jones Mutual Global Discovery Fund Cl A | A | Int./Div. | J | T | | | | | |
| 58.      IRA Edward Jones New World Fund Class A | A | Int./Div. | J | T | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael E. Hegarty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544